MARTHA M. PERKINS *et al.* v. ELIZABETH BUNN *et al.*
No. 7918.

ACTION in the district court of Franklin county by Martha M. Perkins and others against Elizabeth Bunn and another to recover on a certain promissory note and coupons. Plaintiffs complain of the judgment rendered, and bring the case here.

*C. A. Smart,* for plaintiffs in error.

*John W. Deford,* and *Wm. H. Clark,* for defendants in error.

*Per Curiam :* At April term, 1891, the plaintiffs recovered judgment against Elizabeth Bunn and D. M. Bunn for $13,112.40, on a promissory note and six coupons, but the court refused to render judgment on three other coupons of $700 each, on the ground that the right of action thereon was barred by the statute of limitations. The plaintiffs excepted to this refusal of judgment on the three coupons, and on October 31, 1891, they instituted this proceeding in error. Before doing so, however, the defendants had paid and the plaintiffs received the full amount of the judgment rendered, together with interest and costs, and for

this reason the defendants in error move to dismiss this proceeding; and the motion must be sustained, on the authority of *Savings Bank v. Butler* (just decided) and the cases therein cited.